UNITED STATES of America, Appellee,

v.

Angel LARA–GARCIA, Appellant.

No. 05–2098.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 21, 2006.

Filed: Feb. 24, 2006.

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

## PER CURIAM.

Angel Lara–Garcia appeals the 135–month prison sentence the district court [*] imposed after Lara–Garcia pleaded guilty to drug conspiracy and forfeiture charges. Lara–Garcia argues the court committed reversible error when it found he did not meet the requirements for safety-valve relief set forth in U.S.S.G. § 5C1.2(a)(5).

Having carefully reviewed the record, we agree with the district court that Lara–Garcia failed honestly to provide the government with all the information and evidence he had concerning his involvement in the charged drug conspiracy. *See* U.S.S.G § 5C1.2(a)(5); *United States v. O'Dell*, 204 F.3d 829, 838 (8th Cir.2000) (affirming denial of safety-valve relief based on testimony and district court's own credibility assessments). Accordingly, we affirm.

---

[*] The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.